UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY TAYLOR,<br><br>          Plaintiff,<br><br>     v.<br><br>AQUARION ASSET MANAGEMENT, LLC,<br><br>          Defendant. | Case No. 2:24-cv-0346-JAM-JDP<br><br>ORDER |

Plaintiff's motion for entry of default judgment was submitted for decision without oral argument by the magistrate judge on April 23, 2024. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On November 18, 2024, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 18, 2024, are adopted in full;

2. Plaintiff's motion for default judgment, ECF No.8, is granted in part and denied in part;

3. Default judgment is entered against defendant in the amount of $2,000 in statutory damages.

4. Plaintiff's request for costs and attorney's fees be denied without prejudice to renewal upon a timely motion filed in compliance with Local Rule 292 and 293; and

5. The Clerk of Court is directed to close the case.

Dated: December 23, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE