UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Taylor , <br><br> Plaintiff, <br><br> v. <br><br> Aquarion Asset Management, LLC, <br><br> Defendant. | Case No.  2:24-cv-00346-JAM-JDP <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $2,000.00 is hereby ENTERED against defendant:

Aquarion Asset Management, LLC

December 23, 2024                                                      KEITH HOLLAND, CLERK

                                                                                   By: /s/  K. Zignago, Deputy Clerk