**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor (State Bar No. 332334)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY TAYLOR, | Case No.  2:24-cv-00346-JAM-JDP |
| Plaintiff, | |
| v. | **ORDER (ECF No. 13)** |
| AQUARION ASSET MANAGEMENT, | |
| Defendant. | |

1. Judgment is entered in favor of Plaintiff, KIMBERLY TAYLOR, and against Defendant, AQUARION ASSET MANAGEMENT, as follows:

    a. Attorney fees    **$2,950.00**

    b. Costs    **$534.65**

2. Allowing judgment interest to be added per diem.

Dated: February 18, 2025    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE

1